

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-22-00621-CV

Donald **LEMPAR**,
Appellant

v.

Patrick **BALLANTYNE**, Cynthia Orr, Goldstein & Orr, PLLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI05174
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file his reply brief in response to Appellee Ballantyne's brief is GRANTED. Appellant's reply brief is due on or before **February 15, 2023**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court